1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 | CARNE G. SAGHEDEJIAN,            ) Case No.: 1:09-cv-00987 SMS
                                      )
12 |        Plaintiff,                ) STIPULATION FOR DISMISSAL
                                      ) WITH PREJUDICE; AND ORDER
13 | v.                               )
                                      )
14 | MICHAEL J. ASTRUE,               )
     Commissioner of Social Security, )
15 |        Defendant.                )
                                      )
16 |                                  )
                                      )
17 |_____ )

18         TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE

19  OF THE DISTRICT COURT:

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

                                    -1-

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above captioned matter be dismissed with each side to bear its own costs.

DATE: 1/6/10                    Respectfully submitted,

                                ROHLFING & KALAGIAN, LLP

                                */s/-Marc V. Kalagian*
                                Marc V. Kalagian
                                Attorney for Plaintiff

DATE: 1/6/10                    BENJAMIN B. WAGNER
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Chief Civil Division

                                *\*/s/-Shea Bond*
                                Shea Bond
                                Special Assistant United States Attorney
                                Attorney for Defendant
                                [\*By email authorization on January 6, 2010]

**IT IS SO ORDERED.**

**Dated:   January 8, 2010**              **/s/ Sandra M. Snyder**
                                            **UNITED STATES MAGISTRATE JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com